IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAUS RAMONE EDWARDS
aka ANSAR MUHAMMAD,

    Petitioner,                    No. CIV S-04-1127 LKK KJM P

  vs.

D.L. RUNNELS,

    Respondent.                  ORDER
_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On November 8, 2004, the court ordered this action stayed pending exhaustion of state court remedies with respect to certain claims. Petitioner was ordered to file a third amended application for writ of habeas corpus raising only claims which have been presented to and rejected by the California Supreme Court within thirty days of the completion of exhaustion.

        On August 24, 2006, petitioner filed a third amended habeas application titled "amended petition." However, petitioner has not demonstrated that he has exhausted state court remedies with respect to those claims asserted in pages 14 through 17.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The "Amended Petition" filed by petitioner on August 24, 2006, shall be placed in the court's file and disregarded;

2. The Clerk of the Court is directed to mail petitioner the court's form-application for writ of habeas corpus by state prisoners; and

3. If petitioner has exhausted state court remedies with respect to all of the claims he wishes to bring in this action he shall file a fourth amended habeas petition within thirty days. Petitioner must file his fourth amended petition on the form provided by the Clerk and petitioner must fill out the form accurately and completely. If petitioner does not hear from petitioner within thirty days, the stay currently imposed in this case will remain in effect along with the requirement that petitioner file a fourth amended complaint within thirty days of completing exhaustion in state court of all of his claims.

DATED: October 19, 2006

_____
U.S. MAGISTRATE JUDGE

1
edwa1127.lst