IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAUS RAMONE EDWARDS
aka ANSAR MUHAMMAD,

    Petitioner,                    No. CIV S-04-1127 LKK KJM P

  vs.

D.L. RUNNELS, et al.,

    Respondents.                <u>ORDER</u>

                              /

        On January 19, 2007 the court recommended that this action be dismissed because petitioner had not filed a fourth amended application for writ of habeas corpus. That recommendation was entered in error. <u>See</u> October 19, 2006 order. Accordingly, IT IS HEREBY ORDERED that the findings and recommendations issued by the court on January 19, 2007 are vacated.

DATED: February 6, 2007.

                                                 U.S. MAGISTRATE JUDGE

/edwa1127.vac

1