IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAUS RAMONE EDWARDS
aka ANSAR MUHAMMAD,

      Petitioner,       No. CIV S-04-1127 LKK KJM P

  vs.

D.L. RUNNELS, et al.,

      Respondents.       ORDER
_____/

Petitioner has requested an extension of time to file his fourth amended application for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (#23) is granted;

2. Petitioner shall file his fourth amended application for writ of habeas corpus within thirty days; and

3. The stay imposed in this case on November 8, 2004 is lifted.

DATED: April 29, 2009.

                                              U.S. MAGISTRATE JUDGE

1/edwa1127.111

1