IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAUS RAMONE EDWARDS,
aka ANSAR MUHAMMAD,

      Petitioner,                     No. CIV S-04-1127 LKK KJM P

  vs.

D.L. RUNNELS, et al.,

      Respondents.                ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a fourth amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondents are directed to file a response to petitioner's fourth amended habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

1             2. If the response to the fourth amended habeas petition is an answer, petitioner's
2  reply, if any, shall be filed and served within thirty days after service of the answer;
3             3. If the response to the fourth amended habeas petition is a motion, petitioner's
4  opposition or statement of non-opposition to the motion shall be filed and served within thirty
5  days after service of the motion, and respondents' reply, if any, shall be filed and served within
6  fifteen days thereafter; and
7             4. The Clerk of the Court shall serve a copy of this order, **the**
8  **consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this**
9  **court**, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on
10 Michael Patrick Farrell, Senior Assistant Attorney General.
11 DATED: November 24, 2009.

_____
U.S. MAGISTRATE JUDGE

1
edwa1127.100(6.15.09)

2