1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  NICHOLAUS RAMONE EDWARDS,
    aka ANSAR MUHAMMAD,

11

                              NO. CIV. S-04-1127 LKK/KJM P

12          Petitioner,

13      v.

14  D.L. RUNNELS, et al.,                **O R D E R**

15

            Respondents.

16  _____/

17      Each of the parties in the above-captioned case has filed a

18  Consent to Proceed Before a United States Magistrate Judge.  <u>See</u>

19  28 U.S.C. § 636(c).  According to Local Rule 72-305, both the

20  district court judge assigned to the case and the magistrate judge

21  must approve the reference to the magistrate judge.

22      The undersigned has reviewed the file herein and recommends

23  that the above-captioned case be reassigned and referred to the

24  magistrate judge for all further proceedings and entry of final

25  judgment.

26  ////

1    IT IS ORDERED that any hearing dates currently set before the

2 undersigned are **VACATED.**

3    IT IS FURTHER ORDERED that the Clerk of the Court reassign

4 this case to the Honorable Kimberly J. Mueller.  All future

5 documents filed in the above-captioned case shall reference the

6 following case number:  No. Civ. S-04-1127 KJM.

7    DATED:  December 16, 2009

8                                    /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
9                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

10

11    Having also reviewed the file, I accept reference of this case

12 for all further proceedings and entry of final judgment.

13    DATED:  December 16, 2009

14

15       U.S. MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26