IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAUS RAMONE EDWARDS,
aka ANSAR MUHAMMAD,

      Petitioner,                    No. CIV S-04-1127 KJM P

   vs.

D.L. RUNNELS, et al.,

      Respondents.           <u>ORDER</u>

_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254.  On February 23, 2010, petitioner filed a motion in which he asks that this matter be referred back to District Judge Lawrence K. Karlton because petitioner never consented to magistrate judge jurisdiction.  However, the record before the court indicates that petitioner did consent to magistrate judge jurisdiction in a document he filed on

/////

/////

/////

/////

/////

1

1  June 28, 2004.  Therefore, IT IS HEREBY ORDERED that petitioner's "motion to amend due to
2  clerical mistake" (#36) is denied.
3  DATED: March 3, 2010.

_____
U.S. MAGISTRATE JUDGE

1
edwa1127.con