IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANSAR MUHAMMAD a/k/a
NICHOLAUS RAMONE EDWARDS,

      Petitioner,               2: 04 - cv - 1127 - TJB

  vs.

D.L. RUNNELS, et al.,

      Respondents.          <u>ORDER</u>

_____/

      Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. On March 22, 2010, Respondents lodged several documents related to this petition. However, Respondents failed to include Volume 3 of the Reporter's Transcript explaining that it was missing from their records but that they would obtain and provide a copy of that Volume upon request.

      Accordingly, IT IS HEREBY ORDERED that Respondents shall obtain and lodge a copy of Volume 3 of the Reporter's Transcript within twenty-one (21) days of this Order.

//

//

//

//

1

1  DATED: November 30, 2010

5  TIMOTHY J BOMMER
   UNITED STATES MAGISTRATE JUDGE