IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANSAR MUHAMMAD a/k/a
NICHOLAUS RAMONE EDWARDS,

    Petitioner,                       2: 04 - cv - 1127 - TJB

   vs.

D.L. RUNNELS, et al.,

    Respondents.                  <u>ORDER</u>

_____/

      Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. On December 1, 2010, Respondents were ordered to obtain and lodge a copy of volume three of the reporter's transcript within twenty-one (21) days. On December 22, 2010, Respondents requested a thirty-day extension of time until January 21, 2011 to obtain and lodge a copy of volume three of the reporter's transcript. Based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted.

      Accordingly, IT IS HEREBY ORDERED that Respondents' request for an enlargement of time is GRANTED. Respondents shall obtain and lodge a copy of volume three of the reporter's transcript by January 21, 2011.

1

1 | DATED:  December 22, 2010

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE